# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and Does 1-10,<br><br>  Defendants. | Case No.: CV 20-8906-DMG (PVCx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [30]** |

Based on the parties' stipulation, and pursuant to Fed. R. Civ. P. 41, and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice.  Each party will be responsible for its own fees and costs.

DATED:  March 29, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE